# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Debevoise, Dickinson R. | District Court - New Jersey | 4/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

MLK, Jr. Federal Bldg. & Court
50 Walnut Street
Newark, New Jersey 07102-0999

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. | Trustee | Revocable Trust (See Note VIII). |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | C | Interest | M | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | K | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wells Fargo, Millburn, NJ | A | Interest | J | T | | | | | |
| 5. Wells Fargo, Newark, NJ | A | Interest | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 (200) | A | Interest | J | T | | | | | |
| 7. Williams College Pooled Income Fund #3 | C | Interest | L | T | See PartVIII | | L | | See VIII |
| 8. Wells Fargo, Summit, NJ | A | Interest | J | T | | | | | |
| 9. $25,000 N.J. State Due 8/1/20 | A | Interest | | | Sold | 2/9/11 | K | A | See VIII |
| 10. $25,000 Monmouth Cty. Imp. Auth. 12/01/16 | B | Interest | K | T | | | | | See VIII |
| 11. $25,000 N.J. Health Care Auth. 07/01/12 | A | Interest | | | Sold | 03/01/11 | | A | See VIII |
| 12. Allianz, SE PFD. | B | Dividend | K | T | | | | | See VIII |
| 13. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |
| 14. Bank of America Brunswick, ME | A | Interest | J | T | | | | | |
| 15. ▨ Trust See VIII | E | Dividend | P1 | T | | | | | |
| 16. ▨ Trust See VIII | E | Interest | P1 | T | | | | | |
| 17. -Blackrock N.J. Munic. (BN) Bonds Fund 416 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bristol Myers Squibb Com. | | | | | | | | | |
| 19. -Chevron Texaco Corp. Com. | | | | | | | | | |
| 20. -Roxiticus Golf Club Com. | | | | | | | | | |
| 21. -Kimberly-Clark Com. | | | | | | | | | |
| 22. -Blackrock Liquidity Funds | | | | | | | | | |
| 23. -50,000 Margate City 4.75% due on 2/1/17 | | | | | Matured | 02/01/11 | K | A | |
| 24. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 25. -General Dynamics Com. | | | | | | | | | |
| 26. -Johnson & Johnson Com. | | | | | | | | | |
| 27. -IBM | | | | | | | | | |
| 28. -Exelon Corp. | | | | | Sold | 06/23/11 | K | A | |
| 29. -Harbor Fund International | | | | | | | | | |
| 30. -United Technologies Com. | | | | | | | | | |
| 31. -Coca Cola | | | | | | | | | |
| 32. -Proctor & Gamble Com. | | | | | | | | | |
| 33. -Federated Strat. Value (SVAAX) | | | | | | | | | |
| 34. -AT&T Com. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -J.P. Morgan Chase | | | | | | | | | |
| 36. -Bergen Cty IMRT Auth 2014 | | | | | | | | | |
| 37. -Chubb Corp. | | | | | | | | | |
| 38. -General Mills | | | | | | | | | |
| 39. -Heinz | | | | | | | | | |
| 40. -Hudson City Bancorp | | | | | Sold | 06/23/11 | J | A | |
| 41. -Intel Corp. | | | | | | | | | |
| 42. -Southern Co. | | | | | | | | | |
| 43. -Union County Impt 9/01/18 | | | | | | | | | |
| 44. -N.J. Sports & Expstin 9/01/19 | | | | | | | | | |
| 45. -Pfizer, Inc. | | | | | | | | | |
| 46. -Wisdom Large Cap Fund | | | | | | | | | |
| 47. -Blackrock EQ Div #383 | | | | | | | | | |
| 48. -ISHARES Barclays Trust | | | | | | | | | |
| 49. -Franklin Tax Free TR #171 | | | | | | | | | |
| 50. -MFS Value Fund Class I | | | | | | | | | |
| 51. -ISHARES Russell Midcap FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pimco Strategy Fund | | | | | | | | | |
| 53. -Fidelity Advisor Income Funds | | | | | | | | | |
| 54. -Fidelity Advisor Income Fund 1-Fund 279 | | | | | Buy | 03/03/11 | K | | |
| 55. -T. Rowe Price Summit Mun | | | | | Buy | 03/03/11 | K | | |
| 56. -Templeton Global Bond Fund 616 | | | | | Buy | 06/27/11 | K | | |
| 57. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 58. Hartford GPA V | A | Interest | K | T | | | | | |
| 59. Management account at PNC Bank, See VIII | | | | | | | | | See VIII |
| 60. Blackrock Money Market Fund Liquidity Funds H1 | A | Interest | K | T | | | | | |
| 61. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 62. Chevron Texaco Corp. Com. | A | Dividend | J | T | | | | | |
| 63. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 64. Exxon Mobil Corp. Com. | A | Dividend | J | T | | | | | |
| 65. 50,000 N.J. EDL FACS Auth. Due 7/01/20 | B | Interest | K | T | | | | | |
| 66. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 67. $50,000 Margate City 4.75% due 2/01/17 | A | Interest | | | Matured | 02/01/11 | K | A | |
| 68. $50,000 Middlesex Co. Due 6/15/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Dynamics Corp. Com. | A | Dividend | J | T | Sold (part) | 03/03/11 | J | B | |
| 70. $50,000 Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 71. $50,000 New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 72. $25,000 Old Bridge Twp. Bd. of Ed. 4.75% due 7/15/18 | A | Interest | | | Matured | 07/15/11 | K | A | |
| 73. BAC CAP Trust II PFD | B | Dividend | K | T | | | | | |
| 74. Harbor Intrl Fund II | A | Dividend | L | T | | | | | |
| 75. U.S. Treas Notes 4.25% 8/15/13 | B | Interest | K | T | | | | | |
| 76. Coca Cola | A | Dividend | K | T | | | | | |
| 77. United Technologies | A | Dividend | J | T | | | | | |
| 78. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 79. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 80. Blackrock N.J. Munn. Fd. 416 | D | Interest | M | T | Sold (part) | 03/03/11 | M | D | |
| 81. Dupont | A | Dividend | K | T | | | | | |
| 82. MacDonalds Corp. Com. | A | Dividend | J | T | | | | | |
| 83. T. Rowe Price Summit Mun | B | Interest | L | T | Buy (add'l) | 03/03/11 | K | | |
| 84. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 85. Bergen County Impt Auth | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Franklin Tax Free Fd 171 | A | Interest | K | T | | | | | |
| 87.  Blackrock Munic Bond Fund 324 | B | Interest | M | T | Buy (add'l) | 03/03/11 | L | | |
| 88.  Bristol Myers | A | Dividend | J | T | | | | | |
| 89.  General Mills | A | Dividend | J | T | | | | | |
| 90.  Heinz H J Co. | A | Dividend | J | T | | | | | |
| 91.  Intel Corp. | A | Dividend | J | T | | | | | |
| 92.  Southern Co. | A | Dividend | J | T | | | | | |
| 93.  Pimco Commodity Fund | A | Dividend | K | T | | | | | |
| 94.  Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 95.  Fidelity Advisor Inc. 279 FD | B | Interest | L | T | Buy (add'l) | 03/03/11 | K | | |
| 96.  Driehaus Active Income Fund #640 | A | Interest | K | T | Buy | 03/03/11 | K | | |
| 97.  iShares Russell Midcap Inter Fund | A | Interest | K | T | Buy | 03/03/11 | J | | |
| 98.  Blackrock NJ Munic 416 | A | Interest | K | T | Sold (part) | 06/25/11 | K | | |
| 99.  Blackrock NJ Munic 416 | A | Interest | K | T | Sold (part) | 12/02/11 | K | | |
| 100.  Blackrock Global Allocation | A | Interest | K | T | Buy | 12/02/11 | K | | |
| 101.  Blackrock Nat'l Munic. Fund 413 | A | Interest | K | T | Buy | 12/02/11 | K | | |
| 102.  T. Rowe Price Summit Mun. | A | Interest | L | T | Buy (add'l) | 12/02/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Williams College Pooled Income Fund #3. I have set forth the December 31, 2011 market value of my payment into the Fund. I receive the income from the Fund, but upon my death it goes to Williams College. The value to me would be the value of my life interest.

During 2006 I transferred six tax exempt bonds into a revocable trust of which I am trustee and over which I have complete powers of disposition. The purpose is to ensure that upon my death, as in my lifetime, the assets will be available to help pay for                              education. Because I retain complete control over the assets I have not listed them separately as part of a trust. As the assets have been used to pay college expenses some have been sold. The assets are listed in lines 9-12 of Part VII.

In the Trust and Management Accounts the Blackrock Money Market and Liquidity Funds are the equivalent of cash. The Trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, value ranges in the Management Account.

Line 59 of Part VII is simply a header for the assets listed in lines 60 to 102.

In my Financial Disclosure Report for the year 2010 line 37 of Part VII listed McDonald.com as an asset of the          Trust. It was not in fact an asset of the Trust and has been omitted from this report. It was an asset of the management account and was listed in line 86 of the Report for 2010. That Report should be amended accordingly.

The March 3, 2011 Report for the PNC management account shows a sale of      shares of Frontier Communications Co. for $775. Those shares had not been reported in my Financial Disclosure Report for the year 2010. I inquired of PNC as to the source of those shares and was informed that they were a spinoff of Verizon in a previous year. Line 64 of Part VII.

# FINANCIAL DISCLOSURE REPORT

Page 11 of 11

Name of Person Reporting

Debevoise, Dickinson R.

Date of Report

4/12/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Dickinson R. Debevoise

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544